UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AUGUSTA INVESTMENT MANAGEMENT, LLC, ) ) ) | |
| Plaintiff(s), ) | Case No. 2:15-cv-00125-GMN-NJK |
| vs. ) | ORDER |
| DOMONIC GRUNSTAD, et al., ) | (Docket No. 8) |
| Defendant(s). ) | |

Pending before the Court is Defendant's motion for substitution of party Defendant pursuant to Fed. R. Civ. P. 25(c). Docket No. 8. Federal Rule of Civil Procedure 25(c) provides that "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party." Courts have discretion to grant substitution where the transferee's presence "would facilitate the conduct of the litigation." *In re Bernal*, 207 F.3d 595, 598 (9th Cir. 2000) (citing 7C Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure § 1958 (2d Ed.1986)).

Defendant requests the Court to substitute Carrington for Defendant Bank of America, N.A. Docket No. 8. Defendant represents that, on January 21, 2015, Bank of America assigned the note and Deed of Trust to the subject property to Carrington. *Id.*, at 2, Exhibit C. Defendant further represents that Bank of America no longer has any interest in the subject property. *Id.* On March 16, 2015, Plaintiff filed a notice of non-opposition to Defendant's motion. Docket No. 11. Accordingly, Defendant's motion for substitution of party (Docket No. 8) is **GRANTED**.

IT IS SO ORDERED.

DATED: March 17, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge