John P. Aldrich, Esq.
Nevada Bar No. 6877
Stephanie Cooper, Esq.
Nevada Bar No. 5919
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Tel (702) 853-5490
Fax (702) 227-1975
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AUGUSTA INVESTMENT MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DOMONIC GRUNSTAD, et al.<br><br>Defendants. | Case No.: 2:15-cv-00125-GMN-NJK<br><br>**STIPULATION AND ORDER RE: PRELIMINARY INJUNCTION** |

COMES NOW, Plaintiff SUMMIT CANYON RESOURCES, LLC, by and through its attorney, Stephanie Cooper, Esq. of the Aldrich Law Firm, Ltd. and Defendant CARRINGTON MORTGAGE, by and through its attorney, Colt Dodrill, Esq. of Wolfe & Wyman, and stipulate and agree as follows:

That Defendant is hereby enjoined from any further foreclosure proceedings until the earlier of when final adjudication is made by the District Court, the injunction is dissolved or the case is resolved.

That Plaintiff is required to post a bond of $100.

That Plaintiff agrees not to transfer the property while the injunction is in place and to keep

///
///
///
///
///

1 current all assessments, taxes and insurance regarding the same.

2 The Plaintiff agrees that in light of the stipulation for preliminary injunction, the motion for preliminary injunction filed at: Case 2:15-cv-00125-GMN-NJK Document 25 Filed 09/24/15 may be withdrawn.

Dated this _____ day of September, 2015.

Respectfully submitted by:

**ALDRICH LAW FIRM, LTD.**

*/s/ Stephanie Cooper*

Stephanie Cooper, Esq.
Nevada Bar No. 5919
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Tel (702) 853-5490
Fax (702) 227-1975
*Attorney for Plaintiff*

Approved as to form and content:

**WOLFE & WYMAN**

*/s/ Colt Dodrill*

Colt Dodrill, Esq.
Nevada Bar No. 9000
980 Kelly Johnson Drive, Suite 140
Las Vegas, Nevada 89119
Tel (702) 476-0100
Fax (702) 476-0101
*Attorney for Defendant, Carrington Mortgage*

### ORDER

Having reviewed the foregoing Stipulation, the Court finds that:

**IT IS HEREBY ORDERED** that Defendant is hereby enjoined from any further foreclosure proceedings until the earlier of when final adjudication is made by the District Court, the injunction is dissolved or the case is resolved

**IT IS FURTHER ORDERED** that Plaintiff is required to post a bond in the amount of $100.00

**IT IS FURTHER ORDERED** that Plaintiff agrees not to transfer the property while the injunction is in place and to keep current all assessments, taxes and insurance regarding the same.

**IT IS FURTHER ORDERED** that the Motion submitted as Case 2:15-cv-00125-GMN-NJK Document 25 Filed 09/24/15 is resolved and a decision is not required and may be witdrawn.

**IT IS SO ORDERED.**

**DATED** this 30th day of September, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

Respectfully submitted by:

**ALDRICH LAW FIRM, LTD.**

*/s/ Stephanie Cooper*
Stephanie Cooper, Esq.
Nevada Bar No. 5919
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Tel (702) 853-5490
Fax (702) 227-1975
*Attorney for Plaintiff*