# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AUGUSTA INVESTMENT MANAGEMENT, LLC, | |
| Plaintiff(s), | Case No. 2:15-cv-00125-GMN-NJK |
| vs. | ORDER DENYING PROPOSED DISCOVERY PLAN |
| DOMINIC GRUNSTAD, et al., | (Docket No. 30) |
| Defendant(s). | |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 30. The proposed discovery plan is hereby denied as it fails to comply with Local Rule 26. That rule provides that:

> [Joint proposed discovery plans] shall state the date the first defendant answered or otherwise appeared, the number of days required for discovery measured from the date the first defendant answers or otherwise appears, and shall give the calendar date on which discovery will close. Unless otherwise ordered, discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review[.]

Local Rule 26-1(e)(1). The parties' proposed discovery plan first runs afoul of Rule 26-1(e) by failing to state when the first Defendant answered or appeared. *See* Docket No. 30 at 2. Here, the first defendant appeared by filing a petition of removal on January 22, 2015. Docket No. 1. Second, and more importantly, the parties seek to measure the discovery period from the date of the Rule 26(f) conference, not "from the date the first defendant appear[ed]." Local Rule 26-1(e)(1). As a result, the parties request a discovery period from January 22, 2015 until October 26, 2016 – 643 days. Docket No. 30 at 2. The reason the parties seek this enlarged period due to the "volume of similar HOA lien dispute cases[.]" *Id*.

at 1.  This is not good reason for an extended discovery period.  *See, e.g.*, *Nationstar Mortgage LLC v. Aurora Canyon Homeowners Association*, Case No.2:15-cv-1308-MMD-NJK (D. Nev. Aug. 21, 2015) (Docket No. 26) (citing *Greene v. Alhambra Hosp. Med. Ctr.*, 2015 U.S. Dist. Lexis 72697, *3 (D. Nev. June 3, 2015)).

Accordingly, the proposed discovery plan is hereby **DENIED** without prejudice.  The parties must file a new joint proposed discovery plan that complies in full with Local Rule 26-1, no later than March 4, 2016.

IT IS SO ORDERED.

DATED: March 1, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge