**COLT B. DODRILL, ESQ.**
**Nevada Bar No. 9000**
**WOLFE & WYMAN LLP**
**980 Kelly Johnson Drive, Ste 140**
**Las Vegas, Nevada  89119**
**Tel: (702) 476-0100**
**Fax: (702) 476-0101**
**cbdodrill@wolfewyman.com**

Attorneys for Defendant
**CARRINGTON MORTGAGE**
**SERVICES, LLC**

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AUGUSTA INVESTMENT MANAGEMENT, LLC<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF HOUSING AND URBAN DEVELOPMENT, a federal government agency; CARRINGTON MORTGAGE SERVICES, LLC; SABLES LLC, DOES 1 through 20, inclusive; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | CASE NO:  2:15-cv-00125-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CARRINGTON MORTGAGE SERVICES, LLC TO FILE A RESPONSE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Defendant, CARRINGTON

MORTGAGE SERVICES, LLC ("CARRINGTON") and Plaintiff, AUGUSTA INVESTMENT

MANAGEMENT, LLC, by and through their undersigned attorneys, that CARRINGTON shall have up

to and including May 20, 2016 to respond to Plaintiff's First Amended Complaint so as to coordinate its

response with the newly joined Defendant, the United States Department of Housing and Urban

Development which has sixty days to respond per Fed. R. Civ. P. 12(a)(2).

///

///

///

///

///

1

1914481.1

1    This is CARRINGTON's first request for an extension to file its response, and is not intended to

2  cause any delay or prejudice to any party.  Trial has not been set in this case yet.

3  WOLFE & WYMAN LLP                              ALDRICH LAW FIRM, LTD.

4

5  By:  */s/Colt B. Dodrill*                      By:  */s/Gary S. Fink*

6     COLT B. DODRILL, ESQ.                          GARY S. FINK, ESQ.
      Nevada Bar No. 9000                            Nevada Bar No. 8064
7     980 Kelly Johnson Drive, Suite 140             1601 S. Rainbow Blvd., Suite 160
      Las Vegas, NV 89119                            Las Vegas, NV 89146
8

9     *Attorneys for Defendant,*                     Attorneys for Plaintiff,
      *Bank Of America, N.A.*                        *Augusta Investment Management, LLC*

10
   DATED:  March 23, 2016                         DATED:  March 23, 2016
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1914481.1

1

**ORDER**

2        IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

3        1.        The Defendant CARRINGTON's response to Plaintiff's Amended Complaint shall be

4   filed and served no later than May 20, 2016.

5        IT IS SO ORDERED on this _ 24th _ day of ___March___, 2016.

6

7        By:_____

8                 UNITED STATES MAGISTRATE JUDGE

9   Submitted by:

10  WOLFE & WYMAN LLP

11

12  By:  */s/Colt B. Dodrill*
         COLT B. DODRILL, ESQ.

13       Nevada Bar No. 9000
         980 Kelly Johnson Drive, Suite 140

14       Las Vegas, NV 89119

15       *Attorneys for Defendant, Carrington Mortgage*

16       *Services, LLC*

17

18

19

20

21

22

23

24

25

26

27

28

3

1914481.1

**CERTIFICATE OF SERVICE**

On March __, I served the **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CARRINGTON MORTGAGE SERVICES, LLC TO FILE A RESPONSE PLAINTIFF'S FIRST AMENDED COMPLAINT** by the following means to the persons as listed below:

   X          a.      ECF System (you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):

Stephanie Cooper-Herdman  stephanie@johnaldrichlawfirm.com

John P. Aldrich   eleanor@johnaldrichlawfirm.com, traci@johnaldrichlawfirm.com, sorme@johnaldrichlawfirm.com, jaldrich@johnaldrichlawfirm.com

              b.      United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By:     /s/ *Tristan McMahill*
_____
Tristan McMahill
An employee of Wolfe & Wyman LLP

1914481.1