DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *troy.flake@usdoj.gov*
Attorneys for the United States.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AUGUSTA INVESTMENT MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF HOUSING AND URBAN DEVELOPMENT, a federal government agency; CARRINGTON MORTGAGE SERVICES, LLC; SABLES LLC, DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00125-GMN-NJK |

## **DISCLAIMER OF INTEREST**

Federal Defendant Julian Castro, Secretary of the United States Department of Housing and Urban Development, hereby disclaims all interest in the property that is the subject of this litigation.

Respectfully submitted this 20th day of April 2016.

                                                  DANIEL G. BOGDEN
                                                United States Attorney

                                                */s/Troy K. Flake*
                                                TROY K. FLAKE
                                                Assistant United States Attorney

**PROOF OF SERVICE**

I, Troy K. Flake, certify that the following individuals were served with the **DISCLAIMER OF INTEREST** on the following date and by the below identified method of service:

**CM/ECF:**

John P. Aldrich, Esq.
Aldrich Law Firm, Ltd.
1601 S. Rainbow Boulevard, Suite 160
Las Vegas, NV 89146
Email:  jaldrich@johnaldrichlawfirm.com

*Attorney for Augusta Investment Management, LLC*

Dated this 20th day of April 2016.

　　　　　　　　　　　　　　　　　　　　*/s/ Troy K. Flake*
　　　　　　　　　　　　　　　　　　　　TROY K. FLAKE
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney