John P. Aldrich, Esq.
Nevada Bar No. 6877
Stephanie Cooper, Esq.
Nevada Bar No. 5919
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Tel (702) 853-5490
Fax (702) 227-1975
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AUGUSTA INVESTMENT MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SECRETARY OF HOUSING AND URBAN DEVELOPMENT, a federal government agency; CARRINGTON MORTGAGE SERVICES, LLC; SABLES LLC, DOES 1 through 20, inclusive; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00125-GMN-NJK<br><br>**STIPULATION AND ORDER RE:<br>INJUNCTION AND DISMISSAL** |

COME NOW Plaintiff AUGUSTA INVESTMENT MANAGEMENT, LLC ("Plaintiff"), by and through its counsel of record, John P. Aldrich, Esq. and Stephanie Cooper, Esq. of the Aldrich Law Firm, Ltd., and Defendant SABLES, LLC, by and through its counsel of record, Benjamin Petiprin, Esq. and hereby file this Stipulation to be bound by the Injunction and to voluntarily dismiss Defendant Sables, LLC.

### RECITALS

1. On or about March 21, 2016, Plaintiff filed this instant lawsuit for *inter alia* quiet title stemming from a purported purchase of 9164 Conquest Court, Las Vegas, NV (the subject "Property") through a homeowners association foreclosure against the foreclosure trustee for the first deed of trust, Sables, LLC.

2. Sables, LLC represents that they will abide by the previous stipulation of Carrington Mortgage in this action [Dkt. 26] which was ordered through [Dkt. 27] on or about October 1, 2015 which provided that the foreclosure of the first deed of trust was enjoined until further order of the court. Sables, LLC will withdraw the foreclosure mediation recording which was erroneously recorded in violation of the injunction on Carrington Mortgage's behalf after the injunction. Sables, LLC does not claim a property interest in 9164 Conquest Court other than as the foreclosure trustee. Sables, LLC's main duties involve foreclosing in a neutral fashion on behalf of secured creditors.

3. As such, Sables, LLC hereby disclaims any interest in the subject Property.

4. This Stipulation will be without prejudice to the extent that if Carrington Mortgage is ultimately successful in quieting title to the subject Property and subsequently requests that Sables, LLC institute a subsequent foreclosure after the conclusion of this case and the injunction is lifted or a court order to the contrary is entered then Sables may contract as it wishes..

## STIPULATION

It is hereby **STIPULATED** that based on the foregoing, Sables, LLC is hereby **DISMISSED** from this instant lawsuit without prejudice.

Dated this 4th day of May, 2016.        Dated this 1a day of April, 2016.

**ALDRICH LAW FIRM, LTD.**                **LAW OFFICES OF LES ZIEVE**

_____          _____
Stephanie Cooper, Esq.                    Benjamin D. Petiprin, Esq.
Nevada Bar No. 5919                       Nevada Bar No. 11681
1601 S. Rainbow Blvd Suite 160            3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89146                   Las Vegas, Nevada 89169
*Attorney for Plaintiff*                  *Attorney for Defendant Sables, LLC*

## ORDER

**IT IS SO ORDERED.**

Dated this ____ day of April, 2016.

_____
**DISTRICT COURT JUDGE**