**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| AUGUSTA INVESTMENT, MANAGEMENT, LLC, | ) ) ) | Case No. 2:15-cv-00125-GMN-NJK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) ) | ORDER |
| DOMONIC GRUNSTAD, et al., | ) ) | (Docket No. 46) |
| Defendant(s). | ) ) | |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 46. The Court has already entered a scheduling order in this matter. *See* Docket No. 33. The parties, therefore, must request modification of the existing scheduling order pursuant to Local Rule 26-4, rather than simply filing a second one. Accordingly, the parties' joint proposed discovery plan is hereby **DENIED**.

IT IS SO ORDERED.

DATED: June 16, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge